```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARPENTERS HEALTH AND          :     CIVIL ACTION
WELFARE FUND OF                :
PHILADELPHIA, et al.           :
                               :
            v.                 :
                               :
KIA ENTERPRISES INC.           :     NO. 09-116
```

ORDER

AND NOW, this 15th day of July, 2009, upon consideration of the plaintiffs' Motion to Dismiss the Defendant's Amended Counterclaim (Docket No. 24), and the response thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is GRANTED and the defendant's amended counterclaim is DISMISSED.

```
                        BY THE COURT:


                        /s/ Mary A. McLaughlin
                        MARY A. McLAUGHLIN, J.
```